MANISTIQUE LUMBERING CO. v. FRANCIS H. GRISWOLD.

Error to Schoolcraft.   (Steere, J.)   Nov. 13.—Jan. 6.

REPLEVIN.   Defendant brings error.   Reversed.

*J. F. Carey* and *F. O. Clark* for appellant.

*Charles R. Brown* for appellee.

CHAMPLIN, J.   This case only differs from the case of the same plaintiff against *John L. Witter*, ante, p. 625, in the fact that the Chicago Lumbering Company had no office in the township of Hiawatha, which, under the facts, we think is immaterial.   In all other respects the records in the two cases are the same, and the decision in that case necessarily rules this.   For the reasons stated in the opinion in that case, the judgment of the circuit court is

Reversed, and a new trial ordered.

The other Justices concurred.